## 30421. ALEXANDER v. ALEXANDER.

UNDERCOFLER, Presiding Justice.

This appeal is from the award of custody of Freddie Alexander, Jr., from the mother to the father. In *Robinson v. Ashmore*, 232 Ga. 498, 500 (207 SE2d 484) (1974) this court said that reasonable evidence is sufficient to warrant the issuance of a new judgment based on changed conditions affecting the welfare of a child occurring after the rendition of a former final custody award. There was reasonable evidence in this case to authorize the change in custody of the child.

*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 15, 1975 — DECIDED NOVEMBER 4, 1975.

*Travis & Furlong, Walter W. Furlong,* for appellant.